**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-2423**

JAMES PATRICK REEDOM,

              Plaintiff - Appellant,

       v.

CAROLYN  W.  COLVIN,  Acting  Commissioner  Social  Security
Administration,

              Defendant - Appellee.

Appeal from the United States District Court for the District of
Maryland,  at Baltimore.   Richard  D.  Bennett,  District Judge.
(1:13-cv-02305-RDB)

Submitted:  March 27, 2014            Decided:  March 31, 2014

Before MOTZ, Circuit Judge,  and HAMILTON and DAVIS, Senior
Circuit Judges.

Affirmed by unpublished per curiam opinion.

James Patrick Reedom, Appellant Pro Se.  Alex Gordon, Assistant
United  States  Attorney,  Baltimore,  Maryland;  Craig  Ormson,
SOCIAL  SECURITY  ADMINISTRATION,  Baltimore,  Maryland,  for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Patrick Reedom appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his civil complaint without prejudice for lack of subject matter jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. Reedom v. Colvin, No. 1:13-cv-02305-RDB (D. Md. Nov. 1, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED